# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**JAMES BUCKRIDGE,**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 07-cv-03956**

**Plaintiff,**

**v.**

**PFIZER, INC. et. al.,**

**Defendants.**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for

the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff James

Buckridge is herby dismissed without prejudice.

1.    Plaintiff is James Buckridge; defendants are Pfizer, Inc., Pharmacia

Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.    On July 31, 2007, plaintiff sued defendants;

3.    Plaintiff moves to dismiss his claims against defendants;

4.    This case is not a class action;

5.    A receiver has not been appointed to this action;

1

6.  Plaintiff has not dismissed an action based on or including the same claims
    as those present in this suit.

7.  Should Plaintiff or a representative of Plaintiff attempt to re-file his claims
    against Defendants, they shall do so only by filing said claims in federal
    court.


Respectfully submitted:


Dated: 11/2/07              By: _Navan Ward Jr._
                            Navan Ward, Jr. (AL State Bar No. WAR062)
                            Email: navan.ward@beasleyallen.com
                            Jere L. Beasley (AL State Bar No. BEA020)
                            Email: jere.beasley@beasleyallen.com
                            Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                            Email: andy.birchfield@beasleyallen.com
                            BEASLEY, ALLEN, CROW, METHVIN,
                            PORTIS & MILES, P.C.
                            Post Office Box 4160
                            Montgomery, Alabama 36103-4160
                            (334) 269-2343 telephone
                            (334) 954-7555 facsimile

                            *Attorneys for Plaintiff*

Dated: 11/7/07              GORDON & REES

                            _Stuart M. Gordon_
                            Stuart M. Gordon, Esq.
                            Embarcadero Center West
                            275 Battery Street 20th Floor
                            San Francisco, CA 9411
                            (415) 986-5900 (Tel.)
                            (415) 986-8054 (Fax)

                            *Defendant's Liaison Counsel*


2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          _____

                                  Hon, Charles R. Breyer
                                  United States District Court