1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX           | Case No. : 07-3956 CRB
   | MARKETING SALES PRACTICES AND        |
13 | PRODUCT LIABILITY LITIGATION         | MDL NO. 1699
                                          | District Judge: Charles R. Breyer
14
   James Buckridge, et al.,
15
                            Plaintiffs
16                                          **STIPULATION AND ORDER OF
      vs.                                   DISMISSAL WITH PREJUDICE**
17
18 Pfizer Inc, et al.,
19                          Defendants.
20

21    Come now the Plaintiffs Jerry King, Terry Shirley, and David Koffman in the above-
22 entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal
23 Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with
24 prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees
25 and costs.
26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42582052.1

| | | |
|---|---|---|
| 1 | DATED: 11-18, 2009 | By: /s/ Navan Ward Jr. |
| 2 | | |
| 3 | | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** |
| 4 | | 218 Commerce Street<br>P.O. Box 4160 |
| 5 | | Montgomery, Alabama 36103<br>Telephone: 334-269-2343<br>Facsimile: 334-954-7555 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: Nov. 18, 2009 | By: /s/ |
| 9 | | |
| 10 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 11 | | New York, New York 10020<br>Telephone: 212-335-4500 |
| 12 | | Facsimile: 212-335-4501 |
| 13 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 2 3 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42582052.1